# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### NORTHERN DIVISION

**HERBERT SHAWN NOWLIN, JR.**                                                         **PLAINTIFF**

**V.**                                                     **CAUSE NO. 3:16-CV-131-CWR-FKB**

**WARDEN MOSLEY**                                                        **DEFENDANT**

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court pursuant to the Report and Recommendation of United States Magistrate Judge Keith Ball, which was entered on December 6, 2018. Docket No. 15. The Report and Recommendation clearly notified the parties that failure to file written objections to the findings and recommendations contained therein within 14 days after service would bar further appeal in accordance with 28 U.S.C. § 636. *Id*.

This Court, finding that there has been no submission of written objections by any party, and that the deadline for filing objections has expired, hereby adopts said Report and Recommendation as the Order of this Court. Accordingly, this Court is without jurisdiction to consider the § 2241 petition and Plaintiff's Petition for Writ of Habeas Corpus [Docket No. 1] is dismissed with prejudice. No certificate of appealability will issue.

A separate Final Judgment will issue this day.

**SO ORDERED**, this the 22nd day of January, 2019.

                                                                              s/ Carlton W. Reeves
                                                                              UNITED STATES DISTRICT JUDGE